UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-222 (KSH) |
| | : | |
| v. | : | ~~ORDER MODIFYING~~ *Denying* |
| | : | ~~CONDITIONS OF BAIL~~ * |
| WILBUR HARRIS | : | |

AND NOW, this 30th day of June, 2008, upon the application of Defendant Wilbur Harris for an order modifying bail conditions in this matter, it is hereby ~~ORDERED that the bail conditions previously imposed upon Mr. Harris are modified to permit Mr. Harris one hour in the morning, as coordinated with Pre-Trial Services, to be out of his home to run.~~

It is further ORDERED that all other bail conditions remain the same.

KATHARINE S. HAYDEN
United States District Court Judge

*Request Denied.
6/30/08