**HARLEY D. BREITE, ESQ.**
**562 Black Oak Ridge Road**
**Wayne, N.J. 07470**
**(973) 872-0604**
**Attorney for Defendant**
-----------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA | :    UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| vs | : |
| | DOCKET NUMBER: 08-222 (KSH) |
| | : |
| WILBUR MAURICE HARRIS, | :    CRIMINAL ACTION |
| | : |
| | **ORDER TO MODIFY BAIL CONDITIONS** |
| Defendant. | : |

-----------------------------------------------

This matter having been opened to the Court by Harley D. Breite, Esq., attorney for the Defendant, with the consent of U.S. Pretrial Services Officer William Sobchik and with no objection from Assistant United States Attorney Erik Kanefsky and the Court having heard the arguments of the parties, and for good cause being shown;

It is on this _16th_ day of _December_, 2009,

ORDERED that the Defendant remain on electronic monitoring but with the following amendment:

1) Defendant is permitted to train six (6) days per week at the 19th Street Gym in New York City, located at 22 West 19th Street, New York, N.Y. 10011 in preparation for Defendant's boxing match in New Mexico on January 29, 2010 and it is further

2) Defendant is permitted to travel to New Mexico to compete in a professional prize fight which will occur on January 29, 2010. Defendant may

leave within a reasonable time prior to the fight but must return within two days subsequent to the fight.  The electronic monitoring device shall be removed only for the period in which Defendant travels to New Mexico.  Defendant will contact Pre-Trial Officer William Sobchik through telephone each and every day while in New Mexico.

ORDERED that a copy of this Order shall be served upon all parties of record within 3 days hereof.

Katharine S. Hayden, U.S.D.J.

Seen and agreed:

_See attached_ →

| _____ | _____ | _____ |
| Eric Kanefsky | William Sobchik | Harley D. Breite |
| AUSA | U.S. Pretrial Services Officer | Attorney for the Defendant |

subsequent to the flight. The electronic monitoring device shall be removed only for the period in which Defendant travels to New Mexico. Defendant will contact Pre-Trial Officer William Sobchik through telephone each and every day while in New Mexico.

ORDERED that a copy of this Order shall be served upon all parties of record within _____ days hereof.

Katharine S. Hayden, U.S.D.J.

Seen and agreed:

Eric Kanefsky
AUSA

William Sobchik
U.S. Pretrial Services Officer

Harley D. Breite
Attorney for the Defendant